UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO REGIONAL TRANSIT,<br><br>    Defendant. | No. 2:16-cv-2540 MCE AC (PS)<br><br><br><br>ORDER |

The Court is in receipt of Plaintiff's Motion for Reconsideration and Appointment of Counsel (ECF No. 9). That Motion is DENIED.

IT IS SO ORDERED.

Dated: March 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1